IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL C. WILLIAMSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No.   18 cv 2028 |
| | ) | |
| v. | ) | JUDGE SEEGER |
| | ) | |
| **CHICAGO POLICE OFFICER WILFREDO ORTIZ, STAR #9748 and THE CITY OF CHICAGO, a Municipal Corporation,** | ) ) ) | MAGISTRATE FINNEGAN |
| | ) | JURY DEMAND |
| **Defendants.** | ) | |

## JOINT STATEMENT

Now come the parties by and through their respective counsel and pursuant to this Court's June 2, 2021 order, the parties submit the following Joint Statement of their trial availability:

1. **Suggested Trial dates**:  The parties expect the trial in this matter will last one week.  The following weeks are good dates for a trial in this matter:

    (a) the week of November 29, 2021;

    (b) the week of December 6, 2021.

Plaintiff and Defendants would prefer the week of December 6, 2021, for the trial in this matter.

Plaintiff's counsel currently have trials set on the following dates:

   (a) trial on September 13, 2021 in the matter of *Lebel v. Insight Security*, 18cv8432 before the Honorable Judge Chang;

   (b) trial on September 27, 2021 in the matter of *Freelain v. Oak Park,* 17cv6592 before the Honorable Judge Rowland;

   (c) trial on October 27, 2021 in the matter of *Ramiro Bahena, v. City, et al.,* 17cv8532 before the Honorable Judge Lefkow; and

   (d) trial on January 18, 2022 in the matter of *Reginald Rucker v. City, et al.*, 17cv7876 before the Honorable Judge Pacold.

1

Defense counsel currently have trials set on the following dates in federal court (in addition to tentatively set state court trial matters):

     (a)     trial on August 30, 2021 in the matter of Gomez v. Kruger, et al., 12cv4804 before the Honorable Judge Rowland;

     (b)     trial on October 27, 2021 in the matter of Bahena v. City, et al,, 17cv8532 before the Honorable Judge Lefkow.

Respectfully submitted,

/s/ Jeffrey J. Neslund
Jeffrey J. Neslund
20 N. Wacker Drive, Suite 3710
Chicago, IL 60606
(312) 223-1100
    *One of the Attorneys for Plaintiff*

/s/Larry S. Kowalczyk
Special Assistant Corporation Counsel

Larry S. Kowalczyk, Special Assistant Corporation Counsel - lkowalczyk@querrey.com
Megan K. Monaghan, Special Assistant Corporation Counsel - mmonaghan@querrey.com
QUERREY & HARROW, LTD.
120 North LaSalle Street, Suite 2600
Chicago, Illinois 60602
312/540-7000
*Counsel for Defendants*