IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Michael C. Williamson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 C 2028 |
| | ) | |
| v. | ) | Judge Steven C. Seeger |
| | ) | |
| Chicago Police Officer Wilfredo Ortiz, | ) | |
| Star No. 9748, and the City of Chicago, | ) | |
| A Municipal Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement executed by the parties, and with each party bearing its own costs and attorney's fees.

Jeffrey J. Neslund
Attorney for plaintiff, Michael C. Williamson
Law Office of Jeffrey J. Neslund
20 N. Wacker Drive, Suite #3710
Chicago, Illinois 60606
(312) 223-1100
Attorney No. _____
DATE: _____

Robert Robertson
Attorney for plaintiff, Michael C. Williamson
Robertson Duric
One N. LaSalle Street, Ste. 300
Chicago, Illinois 60602
(312) 223-8600
Attorney No. _____
DATE: _____

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

CELIA MEZA
Corporation Counsel
Attorney for defendant City of Chicago

Victoria R. Benson
Deputy Corporation Counsel
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-4883
Attorney No. 6782508
DATE: _____

Larry S. Kowalczyk
Attorney for defendants, Wilfredo Ortiz
Special Assistant Corporation Counsel
Querrey & Harrow, Ltd.
120 N. LaSalle, Ste. 2600
Chicago, Illinois 60602
(312) 540-7616
Attorney No. 6225367
DATE: 9/23/21

/s/ Michael D. Robbins

Michael D. Robbins
Attorney for plaintiff, Michael C. Williamson
Michael D. Robbins & Associates
20 N. Wacker Drive, Suite #3710
Chicago, Illinois 60606
(312) 899-8000
Attorney No. 2350394
DATE: 9/22/21